ABNER YOUNG, PHILLIPS WARREN AND MOSES F. J. GAGE *versus* GABRIEL RICHARD, PETER J. DESNOYERS, CHARLES RIVARD, LOUIS BEUFAIT AND ANTOINE DEQUINDRE, TRUSTEES OF THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Death suggested, proceedings stayed *p. 161; (2) discontinued *p. 367.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return.
*Office Docket*, MS p. 73, c. 6. (Case 43 of 1820) Recorded in *Book B*, MS pp. 169–71.